LOUIE'S SERVICE STATION, INC.

v.

CITY OF JERSEY CITY.

October 26, 1982.

Petition for certification denied.

AMERICANA ASSOCIATES v. GERHARD P. HUTTER.

October 26, 1982.

Petition for certification denied.